

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00139-CR

---

STEVEN KEITH GREEN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1095289D

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Appellant Steven Keith Green has filed a motion to dismiss this appeal.[1]  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:      November 15, 2018
Date Decided:       November 16, 2018

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue.  See TEX. R. APP. P. 41.3.